No. 153. JOSE E. BENEDICTO, AS TREASURER OF PORTO RICO, *v.* PORTO RICAN AMERICAN TOBACCO COMPANY OF PORTO RICO. Appeal from the District Court of the United States for Porto Rico. Argued January 11, 1924. Decided January 14, 1924. *Per Curiam.* Reversed with

the direction to dismiss upon the authority of: (1) *Irwin v. Wright,* 258 U. S. 219, 222; *Gorham Mfg. Co. v. Wendell,* 261 U. S. 1, 5; (2) *United States v. Hamburg-American Co.,* 239 U. S. 466, 475; *Board of Public Utility Commissioners v. Compañia General,* 249 U. S. 425, 426–427; *Brownlow v. Schwartz,* 261 U. S. 216, 217–218. *Mr. Grant T. Trent,* with whom *Mr. F. Granville Munson* was on the brief, for appellant. *Mr. H. Lewis Brown,* with whom *Mr. Branch P. Kerfoot* and *Mr. A. H. Burroughs* were on the brief, for appellee.